# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| STEPHEN STUBBS, AN INDIVIDUAL,<br>Appellant,<br>vs.<br>LAS VEGAS METROPOLITAN POLICE<br>DEPARTMENT, A POLITICAL<br>SUBDIVISION OF THE STATE OF<br>NEVADA; AND LIEUTENANT<br>YASENIA YATOMI, INDIVIDUALLY,<br>Respondents. | No. 76764 |

**FILED**

SEP 17 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se[1] appeal from an order denying appellant's "Motion to Reopen Case, to Extend Period to Serve Defendants and to Stay this Case Pending Appeal."[2] Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor*

---

[1]Appellant filed the notice of appeal through counsel Jared Richards of Clear Counsel Law Group. Appellant then filed a case appeal statement in pro se, informing this court that he is a licensed Nevada attorney in good standing with the State Bar of Nevada and explaining that he intends to proceed in pro se in this appeal. Accordingly, the clerk shall remove Jared Richards and Clear Counsel Law Group as counsel of record for appellant, and appellant shall proceed in pro se. *See* NRAP 46(e).

[2]Based on our review of the documents before this court, we direct the clerk of this court to amend the caption in this appeal to conform to the caption on this order.

18-36155

*Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order denying a motion to reopen a case or an order denying a motion for stay. *See Brunzell Constr. Co. v. Harrah's Club,* 81 Nev. 414, 404 P.2d 902 (1965). Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty


cc:   Hon. Michael Villani, District Judge
      Stephen Stubbs
      Clear Counsel Law Group
      Marquis Aurbach Coffing
      Eighth District Court Clerk